In the Matter of the Accounting of CAROLINE BLISH THOMPSON et al., as Administrators of the Estate of FRANK THOMPSON, Deceased, Respondents.

EMMA THOMPSON SMITH et al., Appellants; RHODA THOMPSON et al., Respondents.

*Matter of Thompson*, 87 App. Div. 609, affirmed.
(Argued February 19, 1904; decided March 4, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered Jan-

uary 5, 1904, which affirmed a decree of the Saratoga County Surrogate's Court judicially settling the accounts of the administrators of the estate of Frank Thompson, deceased, and denying a motion by the appellants herein for leave to intervene in the proceeding.

*Edgar T. Brackett* for appellants.

*Almon Goodwin, William D. Guthrie, Carl A. de Gersdorff, Roberts Walker, John H. Burke* and *A. Page Smith* for respondents.

Order affirmed, with costs, on authority of *Matter of Davenport* (172 N. Y. 454).

Concur: PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. CULLEN, J., dissents on dissenting opinion in same case.